# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Toni R. Vaughn**                                    Case No.  **18-13032**
                          Debtor(s)                          Chapter   **13**

## CERTIFICATION OF NO RESPONSE

The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that at least 21 days have passed since service of the Debtor's Fee Application and that he has received no response in opposition to the aforementioned Application.

Respectfully Submitted,

Dated: November 5, 2018

/s/ Erik M. Helbing
Erik M. Helbing, Esq.
I.D. 203832
1328 Second Avenue
Berwick, PA  18603
570-498-5544