United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Toni R. Vaughn  
       Debtor

Case No. 18-13032-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 06, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db           +Toni R. Vaughn,   240 Garvin Blvd,   Sharon Hill, PA 19079-1316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:  
        ERIK MARK HELBING   on behalf of Debtor Toni R. Vaughn erik_helbing_esq@yahoo.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., not  
         in its individual capacity, but solely as Trustee of NRZ Pass-Through Trust EBO I for the  
         benefit of the Holders of the Series 2017-1 Certificates bkgroup@kmllawgroup.com  
        STEPHEN VINCENT BOTTIGLIERI   on behalf of Creditor   Delaware County Tax Claim Bureau  
         steve@bottiglierilaw.com,   ecfnotice@comcast.net  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                                                TOTAL: 6

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Toni R. Vaughn**                      Case No. **18-13032**
                                    Debtor(s)          Chapter    **13**

### ORDER

AND NOW, comes this _____ day of _____, 2018, upon consideration of Debtor's counsel's application for Compensation and Reimbursement of Expenses and no objection to said Application having been received, the Application is GRANTED. Pursuant to Section 330 of the Bankruptcy Code it is ORDERED that Debtor's counsel, Erik M. Helbing, Esquire, is awarded compensation in the amount of $3,500.00. Mr. Helbing having already received $1,500.00 prior to the filing of the Petition the Trustee shall pay Mr. Helbing $2,000.00 as set forth in the confirmed plan.

BY THE COURT:

_____,J.

**Date: November 6, 2018**