# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Toni R. Vaughn**                                    Case No.   **18-13032**
                        Debtor(s)                             Chapter    **13**

### CERTIFICATION OF NO RESPONSE

The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that at least 21 days have passed since service of the Debtor's Motion to Modify Chapter 13 Post-Confirmation and that he has received no response in opposition to the aforementioned Application.

Respectfully Submitted,

Dated: November 23, 2018           /s/ Erik M. Helbing
                                   Erik M. Helbing, Esq.
                                   I.D. 203832
                                   1328 Second Avenue
                                   Berwick, PA  18603
                                   570-498-5544