United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Toni R. Vaughn  
      Debtor

Case No. 18-13032-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Christina      Page 1 of 1      Date Rcvd: Apr 03, 2019  
                      Form ID: pdf900      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
```
db             +Toni R. Vaughn,    240 Garvin Blvd,    Sharon Hill, PA 19079-1316
14102495        Fay Servicing,    PO Box 88009,    Chicago, IL 60680-1009
14128481       +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
14102496       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14102498        Treasurer of Delaware County,    Property Tax,    PO Box 1886,    Media, PA 19063-8886
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 04 2019 02:37:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 02:36:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2019 02:37:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Apr 04 2019 02:37:19      Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
14102497        E-mail/Text: cio.bncmail@irs.gov Apr 04 2019 02:36:24      Internal Revenue Service,
                 Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114
14165125       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2019 02:37:55      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
```
              ERIK MARK HELBING    on behalf of Debtor Toni R. Vaughn ehelbing@helbingconsumerlaw.com,
               qianaramirez@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LEONARD B. ALTIERI, III    on behalf of Creditor   Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., not
               in its individual capacity, but solely as Trustee of NRZ Pass-Through Trust EBO I for the
               benefit of the Holders of the Series 2017-1 Certificates bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

TONI R  VAUGHN

                                                          : Bankruptcy No. 18-13032JKF
          Debtor(s)                                  : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

        AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        ORDERED, that any wage orders are hereby vacated.

**Date: April 3, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ERIK M HELBING ESQ
1328 2ND AVENUE
BERWICK PA 18603-1616

TONI R  VAUGHN
240 GARVIN BLVD
SHARON HILL, PA 19079